IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION


JUSTIN STRICKLIN                                                        PLAINTIFF

V.                                              CIVIL ACTION NO. 1:17-CV-141-SA-RP


MUSCLE SHOALS MARINE SERVICE, INC.                            DEFENDANT


ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised that this action has been settled, or is in the process of being

settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

IT IS ORDERED that this action be dismissed without prejudice. The Court retains

complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement

has not been completed and further litigation is necessary.

SO ORDERED, on this the 7th day of February, 2018.

                                              /s/ Sharion Aycock
                                              UNITED STATES DISTRICT JUDGE